UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| SANDRA FOY JOHNSON, individually, and on behalf of the ESTATE OF DONALD JOHNSON, DECEASED, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV418-059 |
| CORIZON HEALTH, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 7, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of September, 2018

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA