# United States District Court
## Southern District of Georgia

SANDRA FOY JOHNSON, individually,
and on behalf of the ESTATE OF
DONALD JOHNSON, DECEASED,

    Plaintiff,

v.

CORIZON HEALTH, INC., et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 418-059

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 20, 2018 adopting the Report and Recommendation as the opinion of the Court, that this case is dismissed due to Plaintiff's claims being time-barred. This case stands closed.



09/20/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*